# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOHNNY ELLERY SMITH, Defendant. | MJ 19-68-GF-JTJ <br><br> (3:16-cr-00436-BR) <br><br> **ORDER FOR TRANSFER TO DISTRICT OF OFFENSE** |

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the District of Oregon, where the original charging documents were filed.

DATED this 6th day of September, 2019.

John T. Johnston
United States Magistrate Judge